Gary Kevin MATTIS, Plaintiff—
Appellant,

v.

COMMONWEALTH OF VIRGINIA;
Mark R. Warner, Governor,
Defendants—Appellees.

No. 04–2124.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 1, 2005.

Gary Kevin Mattis, Appellant pro se.

Martha Murphey Parrish, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Kevin Mattis appeals the district court's order dismissing his civil action. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mattis v. Virginia*, No. CA–03–75 (N.D.W.Va. Mar. 29, 2004). We deny Mattis' motion to strike and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*